59 So.2d 796

Sam BURGE et al. v. ROBERT F. HENRY TILE CO., Inc.

3 Div. 631.

Supreme Court of Alabama.

June 30, 1952.

Jack Crenshaw and R. S. Hill, Jr., Montgomery, for appellants.

570

Hartwell Davis, Montgomery, for appellee.

LAWSON, Justice.

This is a companion case to that of Burge v. Morgan, ante, p. 558, 59 So.2d 795. Upon the authority of that case the decree of the trial court is affirmed.

Affirmed.

LIVINGSTON, C. J., and BROWN and STAKELY, JJ., concur.